**DENY and Opinion Filed May 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00287-CV**

**IN RE DAVID BARNES, Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Myers

Relator's April 1, 2022 petition for writ of mandamus challenges the trial court's order denying his motion for a custody evaluation. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record, we conclude that relator has failed to show an abuse of discretion. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus.

220287f.p05

/Lana Myers/
LANA MYERS
JUSTICE